NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GREENLIANT SYSTEMS, INC.,**
*Plaintiff-Appellee,*

AND

**SILICON STORAGE TECHNOLOGY, INC.,**
*Plaintiff-Appellee,*

v.

**XICOR LLC,**
*Defendant-Appellant.*

---

2011-1514

---

Appeal from the United States District Court for the Northern District of California in case no. 11-CV-0631, Judge Edward M. Chen.

---

## ON MOTION

---

## ORDER

Xicor, LLC moves without opposition for a 10-day extension of time, until September 22, 2011, to file a response to Silicon Storage Technology, Inc.'s motion to dismiss.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**SEP 2 0 2011**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Michael G. Schwartz, Esq.
    Jo Dale Carothers, Esq.
    Jeffrey R. Bragalone, Esq.

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

**SEP 2 0 2011**

JAN HORBALY
· CLERK